# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | No. 328 |
| | : | |
| APPOINTMENT OF ADMINISTRATIVE | : | JUDICIAL CLASSIFICATION DOCKET |
| JUDGE OF THE ORPHANS COURT | : | |
| DIVISION OF THE FIRST JUDICIAL | : | |
| DISTRICT OF PENNSYLVANIA | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| | : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 18TH day of December 2014, in accordance with the general supervisory powers vested in this Court by Article V, Section 10 of the Pennsylvania Constitution, the Honorable Matthew D. Carrafiello is hereby appointed as Administrative Judge of the Orphans Court Division of the First Judicial District of Pennsylvania for a period of three years or at the pleasure of the Court, effective January 1, 2015.